UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FARMERS INSURANCE EXCHANGE, et al., ) ) ) Plaintiffs, ) ) vs. ) ) BILLY H. WEBB, et al., ) ) Defendants. ) | Case No. 4:06CV1712 CDP |

## ORDER

Plaintiff Farmers has requested for an extension of time so that it may file a consolidated reply in regard to its motion to compel, and I will grant that request.

**IT IS HEREBY ORDERED** that plaintiff Farmers Insurance Exchange's motion for an extension of time to file its reply memoranda in support of its motion to compel [#48] is granted. Farmers shall file a consolidated reply to its motion to compel by **September 12, 2007**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of August, 2007.